IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02504-PSF-CBS

DAVE A. BOONE,

     Plaintiff,

v.

MVM, INC.,

     Defendant.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that the Joint Motion to Stay Dispositive Motion Deadline (*doc. no. 49)* is **GRANTED**.  The dispositive motion deadline is hereby stayed until December 15, 2006.

**DATED:**     November 13, 2006