IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02504-PSF-CBS

DAVE A. BOONE,

    Plaintiff,

v.

MVM, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant MVM, Inc.'s Motion for Leave to File Surreply in Opposition to Plaintiff's Motion to Amend Scheduling Order (*doc. no. 54)* is **GRANTED**. As of the date of this order, the clerk's office is instructed to accept for filing, Defendants's Surreply (*doc no. 53-3*) tendered to the court on November 21, 2006.

**DATED:**    November 22, 2006