**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

**Civil Action No.: 05-cv-02504-PSF-CBS**         FTR-Reporter Deck Courtroom A402
**Date: December 15, 2006**                      **Courtroom Deputy:** Ben Van Dyke

DAVE A. BOONE,                                    Thomas H. Stocker

    **Plaintiff,**

    v.

MVM, INC., a California corporation doing         Jason Branciforte, via telephone
business in Colorado,

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 2:19 p.m.
Court calls case. Appearances of counsel.

Counsel present arguments regarding Plaintiff's Motion to Amend Scheduling Order [filed October 25, 2006; doc. 41].

**ORDERED:** **Plaintiff's Motion to Amend Scheduling Order [filed October 25, 2006; doc. 41] is granted in part and denied in part for the reasons stated on the record. Plaintiff may take the depositions of Mickey Johnson, Mark Adams, John Hickman, and Dan Elissalde by February 28, 2007. The parties may use any unused written discovery requests. The discovery cutoff is reset to February 28, 2007 for the limited purposes set forth above.**

HEARING CONCLUDED.

**Court in Recess**: 3:52 p.m.
Total In-Court Time: 01:33