IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 05-cv-02504-PSF-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: February 26, 2007** | **Courtroom Deputy:** Ben Van Dyke |

DAVE A. BOONE,

    **Plaintiff,**

v.

MVM, INC., a California corporation doing business in Colorado,

    **Defendant.**

Thomas H. Stocker, via telephone

Katherine A. Goetzl, via telephone

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING
**Court in Session:** 9:15 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** Plaintiff may file his motion to compel and respond to defendant's requests for admissions by March 2, 2007.

**ORDERED:** Plaintiff may file a motion for reconsideration regarding the taking of the deposition of Mike Pietrarallo by March 12, 2007.

**ORDERED:** Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer on or before March 9, 2007 outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

    The brief Updated Settlement Statements (15 pages or less) shall be sent via e-mail in a PDF format to Shaffer_Chambers@cod.uscourts.gov All additional settlement material (*i.e.* deposition transcripts, documents) shall be submitted to the court as hard copies. Counsel shall indicate in their e-mail if they are submitting additional information for the Court to read. Any additional material shall be delivered to the Office of the Clerk of the Court in an envelope marked "PERSONAL PER MAGISTRATE JUDGE SHAFFER'S INSTRUCTIONS."

Counsel discuss the Joint Motion for Dispositive Motion Deadline and to Stay Final Pretrial Order Deadline and Final Pretrial Conference Date [filed February 20, 2007; doc. 61] with the Court.

**ORDERED:  The Joint Motion for Dispositive Motion Deadline and to Stay Final Pretrial Order Deadline and Final Pretrial Conference Date [filed February 20, 2007; doc. 61] is granted for the reasons stated on the record.**

**ORDERED:  The dispositive motions deadline is reset to May 4, 2007.**

<u>**FINAL  PRETRIAL CONFERENCE**</u>  is set for **August 15, 2007 at 9:15 a.m.**
Lead trial counsel shall be present in person for this conference.  Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**  (See the court's website for Instructions for Preparation and Submission)

HEARING CONCLUDED.

**Court in Recess**:       **9:42 a.m.**
Total In-Court Time:     00:27