**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 05-cv-02504-PSF-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: May 10, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| DAVE A. BOONE, | Thomas H. Stocker |
| **Plaintiff,** | |
| v. | |
| MVM, INC., a California corporation doing business in Colorado, | Jason Branciforte |
| **Defendant.** | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:   10:46 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:** Plaintiff's Motion to Compel [filed March 2, 2007; doc. 66] is denied for the reasons stated on the record.

**ORDERED:** Plaintiff's Motion to Reconsider Prior Denial of Leave to Take Deposition of Michael Pietragallo [filed March 12, 2007; doc. 68] is granted for the reasons stated on the record.  Plaintiff's counsel may take the deposition of Michael Pietragallo within the next thirty (30) days, and the deposition shall go forward in Virginia.

**ORDERED:** Within forty-five (45) days, defendant shall make an adequate factual showing, through a proper government employee or agency, that the documents withheld in this case were properly withheld as State Secrets.

HEARING CONCLUDED.

**Court in Recess:   11:57 a.m.**
Total In-Court Time:   01:11