IN THE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02504-PSF-CBS

DAVE A. BOONE,

    Plaintiff,

v.

MVM, Inc., a California corporation that does business in Colorado,

    Defendant.

---

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

Plaintiff, Dave A. Boone, through counsel, pursuant to Fed. R. Civ. Proc. 6(b), requests an enlargement of time to June 14, 2007, in which to file his Response to MVM's Motion for Summary Judgment, and as grounds therefore states:

    1.    Duty to Confer.  Pursuant to D.C.COLO.LCivR 7.1.A., plaintiff's counsel and defense counsel have conferred.  Defense counsel has stated that the defendant has no objection to an enlargement of time of 15 days after the deposition of Michael Pietragallo for plaintiff to file his Response to the Motion for Summary Judgment.  Because the deposition of Michael Pietragallo has been set for May 30, 2007, in Washington, D.C., 15 days after this date would be June 14, 2007.

    2.    MVM filed its Motion for Summary Judgment on May 4, 2007 (doc. No. 79).  Including attachments, it includes 190 pages!  On May 10, Mag.Judge Shaffer

ordered that the deposition of Michael Pietragallo be taken within 30 days. Counsel have worked diligently to arrange this deposition at the earliest date, and on Friday, May 18, the date of May 30 in Washington D.C. has been agreed on. This Court has acknowledged that Michael Pietragallo, as Scorpion Team Leader in Baghdad and now as a project manager for MVM, is a key witness in this case. It is expected that he will have testimony dealing with many of the issues raised in MVM's Motion for Summary Judgment.

3. Aside from the deposition of Michael Pietragallo, the sheer size of defendant's Motion for Summary Judgment would lead plaintiff to request an enlargement of time to respond.

4. Plaintiff, Dave A. Boone, has no objection to the requested enlargement, and no prejudice will accrue to either party because of the requested enlargement.

WHEREFORE, plaintiff, Dave A. Boone, through counsel, requests an enlargement of time to June 14, 2007, in which to file his Response to MVM's Motion for Summary Judgment.

DATED: May 21, 2007.

                Respectfully submitted,

                THOMAS H. STOCKER, P.C.,
                Attorney at Law
                *s/ Thomas H. Stocker*
                By: _____
                Thomas H. Stocker, #14716
                200 Union Blvd., #118
                Lakewood, Colorado  80228

Phone:  303-988-4205
Fax: 303-989-2825
Email: tom@thstocker.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 21, 2007, a true and correct copy of the foregoing was served as follows:

<u>Via ECF to</u>:

District Court Clerk - Civil
Alfred J. Arraj US Courthouse
901 19th Street
Denver, CO 80294

Jason M. Branciforte, Esq.
Katherine A. Goetzl, Esq.
Littler Mendelson
1150 17th Street, NW, #900
Washington, D.C.  20036

Lawrence W. Marquess, Esq.
Michael A. Freimann, Esq.
Littler Mendelson
1200 17th Street, # 1300
Denver, CO 80202-5835


<u>Via email to</u>:

Dave A. Boone

*/s/ Thomas H. Stocker*
_____