IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02504-PSF-CBS

DAVE A. BOONE,

     Plaintiff,

v.

MVM, INC.,

     Defendant

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

     It is hereby ORDERED that plaintiff's Unopposed Motion for Enlargement of Time (Dkt. # 81) is GRANTED.  Plaintiff shall have to and including June 14, 2007 within which to file his response to defendant's motion for summary judgmet.

DATED:  May 21, 2007