IN THE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02504-PSF-CBS

DAVE A. BOONE,

    Plaintiff,

v.

MVM, Inc., a California corporation that does business in Colorado,

    Defendant.

---

**UNOPPOSED MOTION FOR A ONE-DAY ENLARGEMENT OF TIME IN WHICH TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

    Plaintiff, Dave A. Boone, through counsel, pursuant to Fed. R. Civ. Proc. 6(b), requests a one-day enlargement of time to June 15, 2007, in which to file his Response to MVM's Motion for Summary Judgment, and as grounds therefore states:

    1.    Duty to Confer.  Pursuant to D.C.COLO.LCivR 7.1.A., plaintiff's counsel and defense counsel have conferred.  Defense counsel has no objection to the requested enlargement.  The Response is currently due on June 14, 2007.

    2.    The requested one-day enlargement is necessary to allow adequate time to assemble exhibits, obtain an affidavit, and finalize the Response.

    3.    Plaintiff, Dave A. Boone, has no objection to the requested enlargement, and no prejudice will accrue to either party because of the requested enlargement.

WHEREFORE, plaintiff, Dave A. Boone, through counsel, requests a one-day enlargement of time to June 15, 2007, in which to file his Response to MVM's Motion for Summary Judgment.

DATED: June 13, 2007.

Respectfully submitted,

THOMAS H. STOCKER, P.C.,
Attorney at Law
*s/ Thomas H. Stocker, signature on file*
By: _____
Thomas H. Stocker, #14716
200 Union Blvd., #118
Lakewood, Colorado  80228

Phone:  303-988-4205
Fax: 303-989-2825
Email: tom@thstocker.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2007, a true and correct copy of the foregoing was served as follows:

<u>Via ECF to</u>:

District Court Clerk - Civil
Alfred J. Arraj US Courthouse
901 19th Street
Denver, CO 80294

Jason M. Branciforte, Esq.
Katherine A. Goetzl, Esq.
Littler Mendelson
1150 17th Street, NW, #900
Washington, D.C.  20036

Lawrence W. Marquess, Esq.
Michael A. Freimann, Esq.
Littler Mendelson
1200 17th Street, # 1300
Denver, CO 80202-5835


<u>Via email to</u>:

Dave A. Boone

*/s/ Thomas H. Stocker, signature on file*
_____