IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02504-PSF-CBS

DAVE A. BOONE,

    Plaintiff,

v.

MVM, INC.,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Defendant MVM, Inc.'s Unopposed Motion to Extend Time to File Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment (Dkt. #90) is GRANTED to and including July 19, 2007.

DATED: June 20, 2007.