IN THE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02504-PSF-CBS

DAVE A. BOONE,

    Plaintiff,

v.

MVM, Inc., a California corporation that does business in Colorado,

    Defendant.

---

### UNCONTESTED MOTION TO SEAL EXHIBIT 5
### TO PLAINTIFF'S RESPONSE TO
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

Plaintiff and defendant, pursuant to D.C.COLO.LCivR 7.2 request that Exhibit 5 (Doc. 88) to Plaintiff's Response to Defendant's Motion for Summary Judgment be sealed and in support thereof state:

    1.    Counsel for plaintiff and defendant have conferred.  Defendant requests that Exhibit 5 remain under seal and plaintiff has no objection.  Therefore, plaintiff files this uncontested motion.

    2.    On June 15, 2007, Plaintiff filed his Response to Defendant's Motion for Summary Judgment.  This Response included Exhibit 5 that was filed under seal (MVM 0548 – 0585).  Exhibit 5 is the latest version (dated January 11, 2005) of a Contract between defendant, MVM, Inc., and a classified agency of the federal government under which MVM, Inc., is providing armed drivers and personal protection officers for

protection of agency personnel and visitors in a war zone overseas. Portions of the Contract have been redacted due to the classified nature of the work.

3. The parties to this lawsuit are governed by a Protective Order that was entered on April 17, 2006 (Doc. 27) that provides for the protection of "Confidential Information." MVM considers the Contract Confidential and has marked it as such.

4. Because portions of the Contract remain classified and MVM considers the Contract Confidential, the parties request that Exhibit remain under seal.

WHEREFORE, the Parties request that this Court issue its Order directing that Exhibit 5 (Doc. 88) remain under seal.

DATED: June 25, 2007.

Respectfully submitted,

THOMAS H. STOCKER, P.C.,
Attorney at Law
*s/ Thomas H. Stocker, signature on file*
By: _____
Thomas H. Stocker, #14716
200 Union Blvd., #118
Lakewood, Colorado  80228

Phone:  303-988-4205
Fax: 303-989-2825
Email: tom@thstocker.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 25, 2007, a true and correct copy of the foregoing was served as follows:

<u>Via ECF to</u>:

District Court Clerk - Civil
Alfred J. Arraj US Courthouse
901 19th Street
Denver, CO 80294

Jason M. Branciforte, Esq.
Katherine A. Goetzl, Esq.
Littler Mendelson
1150 17th Street, NW, #900
Washington, D.C.  20036

Lawrence W. Marquess, Esq.
Michael A. Freimann, Esq.
Littler Mendelson
1200 17th Street, # 1300
Denver, CO 80202-5835


<u>Via email to</u>:

Dave A. Boone

*s/ Thomas H. Stocker, signature on file*