IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-CV-02504-PSF-CBS

DAVE A. BOONE,

        Plaintiff,

v.

MVM, Inc.,

        Defendant.

**DEFENDANT MVM, INC.'S UNCONTESTED MOTION TO SEAL EXHIBIT C TO ITS NOTICE IN RESPONSE TO THE COURT'S ORDER OF MAY 10, 2007**

      Pursuant to United States District Court for the District of Colorado L.Civ.R. 7.2, Defendant MVM, Inc. ("MVM"), by its undersigned counsel, hereby files this Uncontested Motion to Seal Exhibit C to its Notice in Response to the Court's Order of May 10, 2007.

      1.     Counsel for Plaintiff and Defendant have conferred.  Defendant MVM requests that Exhibit C to its Notice in Response to the Court's Order of May 10, 2007 be filed under seal and Plaintiff has no objection.  Therefore, MVM files this uncontested motion.

      2.     On June 25, 2007, MVM filed its Notice in response to the Court's Order of May 10, 2007 ("MVM's Notice").  This Notice includes Exhibit C, which are two versions of the Statements of Work that were attached to the government contract that MVM produced during discovery, in partially redacted form.  MVM redacted several sections of these documents because its client determined that certain information was classified.

      3.     On June 22, 2007, MVM's client declassified the sections of the Statements of Work that were classified, and therefore had been redacted, and concluded that MVM could produce the

documents.  However, MVM's client has requested that the Statements of Work be produced pursuant to the Stipulated Protective Order that they provided to MVM, a copy of which is attached to MVM's Notice as Exhibit B.  Plaintiff does not oppose the entry of the Stipulated Protective Order.  MVM recognizes that the Court entered a Stipulated Protective Order previously agreed to by the parties.

4.      Because the Stipulated Protective Order requested by MVM's government client has not yet been entered by the Court, MVM respectfully requests that this Court enter an Order directing that Exhibit C to MVM's Notice in Response to the Court's Order of May 10, 2007 be filed under seal until the Court considers and rules on the request that the Stipulated Protective Order attached as Exhibit B to MVM's Notice be entered.

Respectfully submitted,

LITTLER MENDELSON, P.C.

By:      /s/ Katherine A. Goetzl
         Jason M. Branciforte
         Katherine A. Goetzl
         1150 17th Street, NW, Suite 900
         Washington, D.C.  20036
         202.842.3400 (telephone)
         202.842.0011 (facsimile)

         Lawrence W. Marquess (No. 10255)
         Michael A. Freimann (No. 35430)
         1200 Seventeenth Street, Suite 1000
         Denver, Colorado  80202
         303.629.6200 (telephone)
         303.379.7166 (facsimile)

Dated:  June 25, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-CV-02504-PSF-CBS

DAVE A. BOONE,

       Plaintiff,

v.

MVM, Inc.,

       Defendant.

## **PROPOSED ORDER**

This matter is before the Court on Defendant MVM's Uncontested Motion to Seal Exhibit C to its Notice in Response to the Court's Order of May 10, 2007.  For the reasons stated in Defendant's Motion, the Court will grant Defendant's Motion.

IT IS THEREFORE ORDERED that Defendant MVM's Uncontested Motion to Seal Exhibit C to its Notice in Response to the Court's Order of May 10, 2007 is hereby GRANTED. Accordingly, Exhibit C to Defendant MVM's Notice in Response to the Court's Order of May 10, 2007, are hereby ordered SEALED.

SO ORDERED.

This the _____ day of _____, 2007.

_____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of June, 2007, a true and correct copy of the foregoing

Defendant MVM, Inc.'s Uncontested Motion to Seal Exhibit C to its Notice in Response to the

Court's Order of May 10, 2007 was served via the Court's electronic filing system upon the

following:

Thomas H. Stocker
200 Union Blvd., Suite 118
Lakewood, CO  80228
E-mail: <u>tom@thstocker.com</u>

Counsel for Plaintiff


<u>/s/ Katherine A. Goetzl</u>
Katherine A. Goetzl

Firmwide:82685011.1 028330.1179