IN THE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DAVE A. BOONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-cv-02504-PSF-CBS |
| | ) |
| | ) |
| MVM, Inc., | ) |
| | ) |
| Defendant. | ) |

**STIPULATED PROTECTIVE ORDER**

1. The Court acknowledges that, pursuant to applicable law, all individuals are prohibited from disclosing Classified Information to unauthorized persons (see e.g., 18 U.S.C. § 798) and all current and former National Security Agency ("NSA" or the "Agency") personnel, including contractors, are prohibited from disclosing unclassified Protected Information unless authorized to do so by NSA. "Classified Information" means information classified pursuant to Executive Order 12958, as amended, as well as its predecessors and/or successors. For the purposes of this Order, the term "Protected Information" includes Classified Information but also includes unclassified information pertaining to the names, organizations, functions and numbers of persons employed by, detailed or assigned to NSA, or which is otherwise within the scope of Section 6 of the National Security Agency Act of 1959, as amended (hereinafter, the "Act"), Public Law 86-36, 50 U.S.C. § 402 note; 18 U.S.C. § 798; or 50 U.S.C. § 403 – 1(i); and material covered by the Privacy Act, 5 U.S.C. 552(a).

2. Protected Information may be contained in documents sought during discovery. Pursuant to this Order, the parties, their counsel, and all signatories of Attachment A are

prohibited from using any Classified Information during the course of this litigation. NSA may, however, in its sole discretion, authorize the use of specific items of unclassified Protected Information during the course of this litigation. In order to permit the discovery of such documents and information, and to prevent the unauthorized disclosure of Protected Information, the parties to the above action hereby stipulate and it is hereby ordered that:

a. Any unclassified Protected Information provided by NSA or otherwise obtained by the parties, or their counsel, and any notes or other materials prepared based upon or referring to unclassified Protected Information, shall be kept in a manner to ensure strict confidence and shall be used exclusively in connection with this litigation (Civil Action No. 05-cv-02504-PSF-CBS).

b. Documents and information that contain unclassified Protected Information may be disclosed only to the Judge assigned to this case; the parties; fact witnesses who are current NSA employees (this does not include former NSA employees, contractors or other U.S. Government employees); the parties' counsel and persons employed by the parties' counsel, and consultants thereto, including experts. No further disclosure may be made absent express permission of the Agency and Order of the Judge. Information subject to this protective order may not be discussed in any proceeding other than the instant litigation and any related appeal.

c. The parties, and their counsel, shall ensure that all persons to whom disclosure is made shall be made aware of the provisions of this Order and shall not, except for the sole purpose of the prosecution, defense, hearing or appeal of this matter or proceeding, disclose or divulge in any form or manner any unclassified Protected Information gained during or as a result of this matter or proceeding.

  d. For security reasons, Agency employees other than Agency counsel will only be identified in this litigation by their titles and/or first name and last initial.

  e. Any information sought, or sought to be divulged, by the parties that is unclassified Protected Information shall, prior to release, be submitted, through the Agency attorney handling this matter, to the NSA Office of Policy for decision concerning whether it may be released under the terms of this Order. If the information cannot be released under the terms of this Order, the NSA Office of Policy will delete the unclassified Protected Information and release any reasonably segregable information. When such information is not reasonably segregable, the NSA Office of Policy will make reasonable efforts to provide meaningful releasable information through substitutions.

  f. The parties, and their counsel, shall limit access to the unclassified Protected Information to those individuals who have strict need for such access. All such individuals shall read and acknowledge receipt and review of this Order by executing a copy of Attachment A. The parties will provide Agency counsel with the names of those individuals who will have access to the unclassified Protected Information. The list of individuals who have access shall be revised as soon as either party becomes aware that additional persons will have access to unclassified Protected Information.

  g. Neither party, or their counsel, shall disclose to any person, in any manner, other than to NSA personnel or the Judge assigned to this case, any information known or believed to be unclassified Protected Information in connection with any preparation, activity or proceeding in this case, until the Agency has reviewed the information and determined that release to such persons is authorized.

h.  All documents (including all originals and copies) containing unclassified Protected Information in the possession of the parties, the parties' counsel or employees or consultants thereof, shall be returned to the Agency within thirty (30) days of the conclusion of this matter, including any appeals.

i.  Nothing contained herein shall be construed to permit the disclosure of **Classified** Information to an unauthorized person by any person who knows or should reasonably know that such information is classified. An authorized person is one who holds a current security clearance authorizing access to the level of information at issue and who has a need to know such information. With respect to the prosecution, defense or hearing of this specific matter, the parties, or their counsel, shall promptly notify Agency counsel if either of them comes into possession of information that they believe or have reason to believe is classified, although not officially marked. The Agency will review any such information and, to the extent possible, make any necessary redactions and classification changes and, if the document can be declassified through appropriate redactions, the Agency will return the document to party's attorney in redacted form.

j.  Except as stated in this Stipulated Protective Order, nothing contained herein shall be construed to permit any person to divulge unclassified Protected Information pertaining to the names, organizations, functions and numbers of persons employed by or detailed or assigned to NSA without the prior approval of NSA.

k.  Nothing in this Stipulation may be taken or construed as a ruling or statement concerning the admissibility of any documents or information at trial, a hearing or any other legal proceeding.

DATED at Denver, Colorado, this 26th day of June, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

## ATTACHMENT A

## LETTER TO BE EXECUTED BY ALL PERSONS HAVING ACCESS TO INFORMATION PROTECTED BY THIS ORDER

DATE:

Re:  *Boone v. MVM, Inc.*
     Civil Action No. 05-cv-02504-PSF-CBS

Dear Mr. Stinson:

I hereby acknowledge that certain information, documents and materials that have been or will be shown to me in connection with the above-captioned case contain information that is protected by an Order entered in this case. I have received and read the enclosed Order, dated _____, 2007, in its entirety, and understand and agree that my access to material protected by that Order subjects me to all of its provisions.

I will not, under any circumstances, disclose or discuss any protected information, document or material or its contents to or with anyone except as provided in that Order. If my participation in this matter requires me to have in my possession any information, documents or materials, designated as protected, I will return all such documents to you upon request.

If I have any questions about the Order or need for this letter, I will contact you immediately before reviewing any of the documents or materials that have been provided to me.

Sincerely,

_____