IN THE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02504-PSF-CBS

DAVE A. BOONE,

    Plaintiff,

v.

MVM, Inc., a California corporation that does business in Colorado,

    Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

Plaintiff seeks leave for leave to file a Supplemental Response to Defendant's Motion for Summary Judgment and in support thereof states:

    1.    <u>Duty to Confer</u>.  Counsel for plaintiff and defendant have conferred and defendant has no objection to plaintiff's request for leave to file, on or before July 13, 2007, a Supplemental Response to Defendant's Motion for Summary Judgment.

    2.    On June 15, 2007, Plaintiff filed his Response to Defendant's Motion for Summary Judgment (Doc. 87).

    3.    On June 25, 2007, in response to this Court's Order Dated May 10, 2007, defendant filed its Notice (Doc. 96) regarding release by the government of formerly classified portions of the contract that neither plaintiff nor defense counsel previously had access to.  This contract was filed under seal by defendant as an exhibit to the Notice.

4. These formerly classified portions were delivered to plaintiff's counsel on June 28, 2007. A review of these newly disclosed documents indicates that references should be made thereto in plaintiff's Response to Defendant's Motion for Summary Judgment.

5. Plaintiff requests additional time to study these newly disclosed documents to determine what is relevant to his Response to Defendant's Motion for Summary Judgment and then to add such materials as are appropriate to his Response in the form of a Supplemental Response to Defendant's Motion for Summary Judgment. Plaintiff seeks to and including July 13, 2007, in which to file his Supplemental Response. Defendant has no objection to this request.

WHEREFORE, plaintiff seeks leave to file a Supplemental Response to Defendant's Motion for Summary Judgment no later than July 13, 2007. Defendant has no objection to this request.

DATED: July 3, 2007.

    Respectfully submitted,

    THOMAS H. STOCKER, P.C.,
    Attorney at Law
    *s/ Thomas H. Stocker*
    By: _____
    Thomas H. Stocker, #14716
    200 Union Blvd., #118
    Lakewood, Colorado 80228

    Phone: 303-988-4205
    Fax: 303-989-2825
    Email: tom@thstocker.com
    Attorney for Plaintiff

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 3, 2007, a true and correct copy of the foregoing was served as follows:

<u>Via ECF to</u>:

District Court Clerk - Civil
Alfred J. Arraj US Courthouse
901 19th Street
Denver, CO 80294

Jason M. Branciforte, Esq.
Katherine A. Goetzl, Esq.
Littler Mendelson
1150 17th Street, NW, #900
Washington, D.C. 20036

Lawrence W. Marquess, Esq.
Michael A. Freimann, Esq.
Littler Mendelson
1200 17th Street, # 1300
Denver, CO 80202-5835


<u>Via email to</u>:

Dave A. Boone

*/s/ Thomas H. Stocker, signature on file*