IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02504-PSF-CBS

DAVE A. BOONE,

    Plaintiff,

v.

MVM, INC.,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Plaintiff's Unopposed Motion for Leave to File Supplemental Response (Dkt. # 101) is GRANTED. Plaintiff may file a supplemental response to Defendant's Motion for Summary Judgment no later than July 13, 2007.

DATED: July 9, 2007.