IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02504-PSF-CBS

DAVE A. BOONE,

    Plaintiff,

v.

MVM, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pending before the court are the following motions to seal:

1. Uncontested Motion to Seal Exhibit 5 to Plaintiff's Response to Defendant's Motion for Summary Judgment (*doc. no. 93*) and
2. Defendant's Uncontested Motion to Seal Exhibit C to its Notice in Response to the Court's Order of May 10, 2007 (*doc. no. 94*).

    In accordance with D.C.COLOL.CIVR. 7.2 the motions were posted to the public, to allow for any objection(s) to the sealing of the exhibits. There being no timely objections filed, it is hereby **ORDERED** that the underlying motions to seal are **GRANTED**.

**DATED:**    July 12, 2007