**Exhibit B**

**PLAINTIFF'S EXHIBIT LIST**

**Pretrial Order – Boone v. MVM, Inc. – 05-CV-02504-PSF-CBS**

**August 9, 2007**

| No. | Date | Description | Offered | Admitted | Stipulated | Comments |
|---|---|---|---|---|---|---|
| 1 | 11/8/05 | Amended Complaint and Jury Demand | | | | |
| 2 | Undated | Triple Canopy, Inc., Intermittent Employee Statement of Work | | | | |
| 3 | 11/15/05 & 3/29/06 | Triple Canopy payroll information | | | | |
| 4 | 4/4/06 | Plaintiff's Responses to MVM, Inc.'s First Set of Interrogatories to Plaintiff | | | | |
| 5 | 3/23/04 | MVM Independent Contractor Agreement | | | | |
| 6 | Undated (Rev. 9/02) | MVM Standards of Conduct (from MVM Handbook) | | | | |
| 7 | 3/18/04 | Letter: Joseph W. Adlam to David A. Boone | | | | |
| 8 | 11/9/04 | Letter: Joseph W. Adlam, Jr., to David A. Boone | | | | |
| 9 | Aug. 2004 | After Action Report for MVM Scorpion re: initial deployment (by Dan Elissalde) (A00219-A00235) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Jan. - May 2005 | Various emails (A00203-A00214) | | | | |
| 11 | Nov. 2004 | Photos of vehicles after VBIED attack (will use color prints of photos from CD ROM as exhibits) (selected photos shown in Cpl. Ex. F) | | | | |
| 12 | 11/21/04 (?) | Power Point slides accompanying After Action Report of Nov. 20, 2004 attack (Cpl. Ex. I) | | | | |
| 13 | 11/21/04 (?) | After Action Report of Nov. 20, 2004 attack (Cpl. Ex. H) | | | | |
| 14 | Jan. 2005 (?) | Email from Dave Boone to MVM with Dave's statement covering the 11/20/04 attack (Cpl. Ex. G) | | | | |
| 15 | 4/14/05 | Letter from Dave Boone to Mr. Dario Marquez, Jr. (Cpl. Ex. J) | | | | |
| 16 | Undated | Deadly Force Policy (A00215-A00218) | | | | |
| 17 | 3/3/05 | Dept. of Defense Instruction (A00236-A00270) | | | | |
| 18 | Sept. 2003 | Army Contractors Accompanying the Force (CAF) (a/k/a Contractors on the Battlefield) Guidebook (A00271-A00312) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | 1/14/05 | Memo from Mike Pietragallo to Lou Sengebush (2 pages) | | | | |
| 20 | 3/7/05 | Letter: Charles E. Gaba to Thomas H. Stocker (Cpl. Ex. E) | | | | |
| 21 | Feb. 2004 | MVM Handbook (A00003-A00049) (will use original binder as th exhibit) | | | | |
| 22 | Undated | Military Education and Military Awards for Dave Boone (Boone Depo. Ex. 22) | | | | |
| 23 | 12/31/97 (?) | DD Form 214 – Certificate of Release or Discharge from Active Duty (Boone Depo. Ex. 23) | | | | |
| 24 | 7/27/06 | MVM, Inc.'s Supplemental Responses to Plaintiff's First Request for Admissions, Interrogatories and Request for Documents from Defendant, as Amended by Plaintiff | | | | |
| 25 | 2/11/05 | Emails from Pietragallo to Sengebush and from Sengebush to Pietragallo (MVM 0414) | | | | |
| 26 | 2/15-20/05 | Emails between Smith, Sengebush and Pietragallo (MVM 0412-0413) | | | | |
| 27 | 4/9-13/05 | Emails between Pietragallo and Sengebush (MVM 0408-0409) | | | | |

| 28 | 4/23/05 | Email from Sengebush to Pietragallo (MVM 0407) | | | | |
|----|---------|------------------------------------------------|--|--|--|--|
| 29 | Unknown | Unclassified (AAR) (MVM 0395-0397) | | | | |
| 30 | 8/24/04 | Memo from Sengebush to Taylor and Adams re: Debrief with Thomas Smith (MVM 0031-0032) | | | | |
| 31 | 8/2/05 | Memo from McKinney to Franco re: Smith (MVM 0174) | | | | |
| 32 | 6/20/05 | Memo from Hickman re Romanzo (MVM 0134) | | | | |
| 33 | 2/05 | Security Reporting Requirements and Responsibilities (MVM 0297) | | | | |
| 34 | 2/21/06 | Inwald Personality Inventory re: Pietragallo (MVM 0299-0310) | | | | |
| 35 | Unknown | Candidate Evaluation Sheet (MVM 0335) | | | | |
| 36 | 7/12/04 | Standards of Conduct (MVM 0380) | | | | |
| 37 | 2/15/05<br>2/22/05<br>3/1/05<br>3/2/05 | Sengebush to Boone (A00206)<br>Taylor to Sengebush (A00209)<br>Tully to Sengebush (A00211)<br>Elissalde to Boone (A00212) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | 2/05 - 5/05 | Various emails (MVM 0399-0414) (Deposition Exhibits 38-1 – 38-16) | | | | |
| 39 | Unknown | Rules of Engagement | | | | |
| 40 | Jan.-Mar. 2005 | Emails (MVM 0003, 0004, 0006 & 0007) | | | | |
| 41 | 11/21/04 | Pietragallo AAR (MVM 0019-0020) | | | | |
| 42 | 2/14/05 | Johnson statement to Weishaar (MVM0010-0012) | | | | |
| 43 | 2/14/05 | Hinojosa After Action Report (MVM0013-MVM0014) | | | | |
| 44 | 5/11/05 | Email from Dan Elissalde (?) ti John Hickman (MVM0008-MVM0009) | | | | |
| 45 | Feb. 2005 (?) | AAR by Romanzo and Smith re: Nov. 20, 2004 action (MVM0015-0018) | | | | |
| 46 | 7/12/04 | Independent Contractor Agreement (Johnson) (MVM0109-0114) | | | | |
| 47 | 4/25/05 | Email from Smith to Sengebush (MVM 0437-0439) | | | | |
| 48 | 3/26/04 | Portions of MVM/Government Contract (MVM 0495 and 0516-0523) (under seal) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | 1/11/05 | Portions of MVM/Government Contract (MVM 0548 and 0570-0573) (under seal) | | | | |
| 50 | 1/11/05 | Portions of MVM/Government Contract (MVM 0548, 0550 and 0556-0558) (under seal) | | | | |
| 51 | 3/24/04-2005 | MVM/Government Contract (MVM 0494-0627) (under seal) | | | | |
| 52 | Varies | Contents of CD-R disk provided to defense counsel on 1/16/06 containing photographs and documents (A00001) | | | | |
| 53 | 6/6/06 | MVM, Inc.'s Responses to Plaintiff's First Request for Admissions, Interrogatories and Request for Documents | | | | |
| 54 | 1/23/07 | Affidavit of Stephen G. Gottrich, Jr. | | | | |
| 55 | 1/23/07 | MVM Inc.'s Responses to Plaintiff's Second Request for Admissions, Interrogatories, and Request for Documents | | | | |
| 56 | 3/27/04 - 4/8/05 | Earnings Statement for Dave Boone (MVM 0417) | | | | |
| 57 | 3/27/04 - 6/24/04 | Bi-weekly Timesheets for Dave Boone (MVM 0419-0426) | | | | |
| 58 | 8/27/04 - 3/8/05 | Bi-weekly Timesheets for Dave Boone (MVM 0427-0438) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | 10/26/05 - 3/24/06 | Triple Canopy pay records (A00451-A00452) | | | | |
| 60 | 2003 | Payroll Process and Payroll Periods (A00041-A00042) | | | | |
| 61 | 2004 | MVM Organization Charts (MVM 0386-0393) | | | | |
| 62 | 3/25/04 | Gottrich to Adlam re: Transmittal of PCL Documentation re Dave A. Boone (MVM 0037-0039) | | | | |
| 63 | 11/3/01 | Construction Security Monitor Program - Employment Agreement including Attach. A (Job Description) and Attach. B (Standards of Conduct) (CIS 0094-0105) | | | | |
| 64 | 3/28/00 | Construction Security Monitor Program - Employment Agreement (CIS 0088-0092) | | | | |
| 65 | ---- | Reserved | | | | |
| 66 | ---- | Reserved | | | | |
| 67 | ---- | Reserved | | | | |
| 68 | ---- | Any exhibit listed or used by defendant | | | | |
| 69 | ---- | Any exhibit needed for impeachment | | | | |
| 70 | ---- | Any exhibit needed for rebuttal | | | | |