# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02504-PSF-CBS

**DAVE A. BOONE,**

      **Plaintiff,**

      **v.**

**MVM, INC.,**

      **Defendant.**

## DEFENDANT MVM, INC.'S OBJECTIONS TO PLAINTIFF'S EXHIBITS

Pursuant to the Final Pretrial Order dated August 15, 2007 and Federal Rule of Civil Procedure 26(a)(3), Defendant MVM, Inc. ("MVM" or "Company"), by its undersigned counsel, respectfully submits its Objections to Plaintiff's Exhibits.

### I. GENERAL OBJECTIONS

Defendant has identified many of the same documents as Plaintiff. However, since Defendant does not know the means or purpose for Plaintiff's introducing these documents, Defendant reserves the right to object to these exhibits. Defendant also objects generally to the extent that Plaintiff has identified documents that are incomplete.

### II. KEY TO OBJECTIONS

The following key explains and describes the abbreviations used by Defendant for the objections set forth below:

**R** = Irrelevant or immaterial

**H** = Hearsay

**DUP** = Exhibit is a duplicate of another of Plaintiff's exhibits or of Defendant's exhibit (the number in parentheses is the corresponding Plaintiff's or Defendant's exhibit). To the extent the corresponding Defendant's exhibit is objected to and ruled inadmissible by the Court, Defendant preserves the same objection to such exhibits when introduced by Plaintiff.

**F** = No foundation or authenticity

**SS** = Self-serving

**INC** = Incomplete

### III.   SPECIFIC OBJECTIONS

| Exhibits By Number | Reason for Objection |
|---|---|
| 1 | H, SS, R |
| 2 | H, R, F |
| 3 | H, F |
| 4 | SS, H |
| 5 | DUP (D3) |
| 6 | R, F |
| 7 | H, R, F |
| 8 | H, R, F |
| 9 | H, R, F, SS |
| 10 | H, R, F, SS, DUP (P37) |
| 11 | R, F |
| 12 | R, H |
| 13 | R, H |

| | |
|---|---|
| 14 | R, H, SS |
| 15 | R, H, SS |
| 16 | R, H, F |
| 17 | R, H, F |
| 18 | R, H, F |
| 19 | DUP (D4), H |
| 20 | R, H, F |
| 21 | R, H, DUP (P60) |
| 22 | R, H, SS |
| 23 | R, H, SS, F |
| 24 | R, H, INC |
| 25 | H, R, DUP (P38) |
| 26 | H, R, DUP (P38) |
| 27 | H, R, DUP (P38) |
| 28 | H, R, DUP (P38) |
| 29 | R, H |
| 30 | R, H |
| 31 | R, H |
| 32 | R, H |
| 33 | R, H |
| 34 | R, H |
| 35 | R, H, INC |
| 36 | R, H |

| | |
|---|---|
| 37 | R, H, DUP (P10) |
| 38 | R, H, DUP (P25, P26, P27, P28) |
| 39 | R, H, F |
| 40 | R, H |
| 41 | R, H |
| 42 | R, H |
| 43 | R, H |
| 44 | R, H, F |
| 45 | R, H |
| 46 | R, H |
| 47 | R, H |
| 48 | R, H, DUP (P51) |
| 49 | R, H, DUP (P51) |
| 50 | R, H, DUP (P51) |
| 51 | R, H, DUP (P48, P49, P50) |
| 52 | R, H |
| 53 | R, H |
| 54 | R, H |
| 55 | R, H |
| 56 | R, H, DUP(D5) |
| 57 | R, H |
| 58 | R, H |
| 59 | R, H, F, DUP (P3) |

| | |
|---|---|
| 60 | R, H, DUP (P21) |
| 61 | R, H |
| 62 | R, H, INC, F |
| 63 | R, H, F |
| 64 | R, H, INC, F |

Dated:  September 14, 2007  Respectfully submitted,

LITTLER MENDELSON, P.C.

By:  /s/ Katherine A. Goetzl
Jason M. Branciforte
Katherine A. Goetzl
1150 17th Street N.W., Suite 900
Washington, DC  20036
202.842.3400  telephone
202.842.0011  facsimile

Lawrence W. Marquess (No. 10255)
Michael A. Freimann (No. 35430)
1200 Seventeenth Street, Suite 1000
Denver, Colorado  80202
303.629.6200 (telephone)
303.379.7166 (facsimile)

Counsel for Defendant MVM, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September, 2007, a true and correct copy of the foregoing Defendant MVM, Inc.'s Objections to Plaintiff's Exhibits was served via the Court's electronic filing system upon the following:

>Thomas H. Stocker
>200 Union Blvd., Suite 118
>Lakewood, CO  80228
>E-mail: tom@thstocker.com
>
>Counsel for Plaintiff
>
>
>/s/ Katherine A. Goetzl
>Katherine A. Goetzl

Firmwide:82927753.1 028330.1179