## MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO:          Docketing

DATE:        January 15, 2008

FROM:        Craig B. Shaffer
             U.S. Magistrate Judge


SUBJECT:     Case No.  05-cv-02504-EWN-CBS

             Case Name: *Boone v. MVM, Inc.*

__X__        A Settlement Conference was held on this date and no settlement was reached as
             to the claims brought in this action.

_____      A Settlement Conference was held on this date and a settlement was reached as to
             the claims in this action.  The parties are to file a stipulated motion to dismiss
             with prejudice with Judge       on or before       , 2008

             Settlement Conference and preparation time involved  6  hours 30  minutes.

             Settlement Conference concluded:  (Yes)   No     (Circle One)

             Record Made:  Yes  (No)  (Circle One)


cc:    Judge Nottingham