IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05-cv-02504-EWN-CBS

DAVE A. BOONE,

    Plaintiff,

v.

MVM, INC., a California corporation that does business in Colorado,

    Defendant.

---

### FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a)(1), the following FINAL JUDGMENT is hereby entered as follows:

Pursuant to the written Order on Defendant's Motion for Summary Judgment filed by Chief Judge Edward W. Nottingham on February 15, 2008, it is

**ORDERED** that:

    1.    Defendant MVM, Inc.'s Motion for Summary Judgment (#79, filed May 4, 2007) is GRANTED;

    2.    Judgment is entered in favor of Defendant, and against Plaintiff; Plaintiff's claims are dismissed with prejudice; and

*Final Judgment*
*05-cv-02504-EWN-CBS*
*Chief Judge Edward W. Nottingham*
*Page 2 of 2*

       3.      Defendant may have its costs by filing a bill of costs within eleven days of the date of said Order.

Dated this 20th day of February, 2008.

APPROVED BY THE COURT:        ENTERED FOR THE COURT:
                                                       GREGORY C. LANGHAM, CLERK

s/ Edward W. Nottingham          By:s/ Edward P. Butler
EDWARD W. NOTTINGHAM          Edward P. Butler
Chief United States District Judge        Deputy Clerk