*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30 OR 9:00 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133 (Rev 03/02)

**BILL OF COSTS**

| United States District Court | DISTRICT | Colorado |
|---|---|---|
| Dave Boone v. MVM, Inc. | DOCKET NO. | 05-cv-02504-EWN-CBS |
| | MAGISTRATE CASE NO. | |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 5 2008
GREGORY C. LANGHAM
CLERK

Judgment having been entered in the above entitled action on **February 20, 2008** against

Plaintiff Dave Boone                the clerk is requested to tax the following as costs:

**BILL OF COSTS**

| | | |
|---|---|---|
| Fees of the clerk | $ | |
| Fees for service of summons and complaint | $ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ | |
| Fees and disbursements for printing | $ | |
| Fees for witnesses (itemized on reverse side) | $ | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case See Attachment A | $ | 19.35 ✓ |
| Docket fees under 28 U.S.C. § 1923 | $ | |
| Costs incident to taking of depositions  See Attachment A | $ 5,311.12 | 3,687.32 |
| Costs as shown on Mandate of Court of Appeals | $ | |
| Other costs (Please itemize) Costs for attendance at Court mandated hearings - See Attachment A | $ 3,520.33 | 0 |
| | $ | |

Please review and comply with D.C.COLO.LCivR .54.1

(See Notice section on reverse side)

TOTAL $ 8,850.80   $3,707.17

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney _[signature]_

Print Name: Katherine A. Goetzl        Phone Number: 202-842-3400

For: MVM, Inc.                         Date: February 26, 2008
Name of Claiming Party

| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: March 5, 2008 at 9 a.m. | Date and Time  3/5/08  9 A.M. |
|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed  $ 3,707.17 |
| CLERK OF COURT  GREGORY C. LANGHAM | (BY) DEPUTY CLERK  _[signature]_ |

## ATTACHMENT A

### Copying costs related to Motion for Summary Judgment:

| | | |
|---|---|---|
| May 4, 2007 | 18.75 | — Exhibits to Motion |
| August 6, 2007 | 0.60 | — Exhibit to Reply |

### Deposition transcripts:

| | |
|---|---|
| Plaintiff Dave Boone, Volume I | 889.70 ✓ |
| Plaintiff Dave Boone, Volume II | 1205.82 ✓ |
| Jack Taylor | ~~294.25~~ |
| Bruce Tully | ~~365.75~~ |
| Mickey Johnson | ~~337.35~~ |
| Mark Adams, Volume I | ~~298.35~~ |
| Mark Adams, Volume II | ~~83.85~~ |
| John Hickman | ~~243.75~~ |
| Michael Pietrogallo | 1134.00 ✓ |
| Louis Sengebush | 458.30 ✓ |

### Travel/Witness costs:

Airfare for Charles Gaba, MVM General Counsel, to attend mandatory in-person settlement conference in January 2008: ~~$735.00~~

Airfare for Jason Branciforte, counsel for MVM, to attend mandatory in-person settlement conference in January 2008: ~~$715.00~~

Hotel for Jason Branciforte, counsel for MVM, and Charles Gaba, MVM General Counsel, in connection with mandatory in-person settlement conference in January 2008: ~~526.02~~

Airfare for Jason Branciforte, counsel for MVM, to attend mandatory status and pretrial conference in August 2007: ~~577.80~~

Hotel for Jason Branciforte, counsel for MVM, in connection with mandatory status and pretrial conference in August 2007: ~~297.46~~

Airfare for Jason Branciforte, counsel for MVM, to attend hearing regarding Plaintiff's Motion to Compel in May 2007: ~~572.60~~

Hotel for Jason Branciforte, counsel for MVM, in connection with hearing regarding Plaintiff's Motion to Compel in May 2007: ~~96.45~~

Document Selection Menu

## Multiple Documents

Select the document you wish to view.

| Part | Description | |
|---|---|---|
| 1 | Main Document | 4 pages |
| 2 | Memorandum of Points and Authorities | 29 pages |
| 3 | Exhibit | 6 pages |
| 4 | Exhibit | 48 pages — Boone Depo., Vol. I |
| 5 | Exhibit | 31 pages — Boone Depo., Vol. II |
| 6 | Exhibit | 2 pages |
| 7 | Exhibit | 13 pages |
| 8 | Exhibit | 7 pages |
| 9 | Exhibit | 14 pages — Scagehosh Depo |
| 10 | Exhibit | 6 pages |
| 11 | Exhibit | 2 pages |
| 12 | Exhibit | 4 pages |
| 13 | Exhibit | 2 pages |
| 14 | Exhibit | 16 pages |
| 15 | Exhibit | 6 pages |
| 16 | Proposed Order (PDF Only) | 2 pages |

[View All] or [Download All]   192 pages - 157pp (Exhibits Only)

Handwritten annotation: "#79. △ MUM's Summary Judgmt Mtn - 1 filed 5/4/07"

Document Selection Menu

## Multiple Documents

Select the document you wish to view.

| Part | Description | |
|---|---|---|
| 1 | Main Document | 15 pages |
| 2 | Exhibit A-13 | 5 pages → 5/30/07 Depo. of Pietrangallo |

View All    or    Download All    20 pages    5 pages

*(handwritten: #109, Dr Reply, 1/w 5/6/07)*