IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02504-EWN-CBS

DAVE A. BOONE,

    Plaintiff,

v.

MVM, Inc., a California corporation that does business in Colorado,

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Dave A. Boone, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order on Defendant's Motion for Summary Judgment (Doc. No. 118) (granting Defendant's Motion for Summary Judgment) entered in this action on February 15, 2008.

DATED: March 11, 2008.

        Respectfully submitted,

        THOMAS H. STOCKER, P.C.,
        Attorney at Law
        *s/ Thomas H. Stocker, signature on file*
        By: _____
        Thomas H. Stocker, #14716
        200 Union Blvd., #118
        Lakewood, Colorado 80228

        Phone: 303-988-4205
        Fax: 303-989-2825
        Email: tom@thstocker.com

        Attorney for Plaintiff-Appallant

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on March 11, 2008, a true and correct copy of the foregoing was served as follows:

<u>Via ECF to</u>:

District Court Clerk - Civil
Alfred J. Arraj US Courthouse
901 19th Street
Denver, CO 80294

Jason M. Branciforte, Esq.
Katherine A. Goetzl, Esq.
Littler Mendelson
1150 17th Street, NW, #900
Washington, D.C.  20036

Lawrence W. Marquess, Esq.
Michael A. Freimann, Esq.
Littler Mendelson
1200 17th Street, # 1300
Denver, CO 80202-5835


<u>Via email to</u>:

Dave A. Boone

                 */s/ Thomas H. Stocker, signature on file*