**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk

Doug E. Cressler
Chief Deputy Clerk

March 14, 2008

Ms. Carol Henderson
Financial Deputy
USDC Colorado
Alfred A. Arraj U.S. Courthouse
901 - 19th St.
Denver, CO 80942-3589

RE:   08-1074, Boone v. MVM, Inc., 1:05-cv-02504-EWN-CBS

Dear Carol:

Enclosed please find a firm check in the amount of $455.00 which has been submitted for the appellate fee payment in the above-captioned matter.

Very truly yours,

*Elisabeth A. Shumaker*

ELISABETH A . SHUMAKER, Clerk

EAS/sds

Encl.

cc: Mr. Thomas H. Stocker

```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX000438
Cashier ID: sg
Transaction Date: 03/17/2008
Payer Name: THOMAS STOCKER
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: THOMAS STOCKER
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 8548
 Amt Tendered:  $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

05-CV-02504-EWN-CBS


A fee of $45.00 will be assessed on
any returned check.
```